☑ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 10 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDIN DAVID MONROY,<br><br>Defendant. | Case No. 3:10-CR-015-LRH-WGC<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment filed on February 10, 2010 against EDIN DAVID MONROY, defendant herein.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Brian L. Sullivan
BRIAN L. SULLIVAN
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

Dated: 9-10-14

/s/ Larry R. Hicks
LARRY R. HICKS
Senior United States District Judge